UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

TERESA P. DARBY,

                              Plaintiff,

-against-

THE CITY OF NEW YORK; RAYMOND W. KELLY,
Police Commissioner, being sued individually and in his
official capacity as an employee of THE CITY OF NEW
YORK,

                              Defendants.

------------------------------------------------------------------ X

**STIPULATION OF DISMISSAL**

07 Civ. 4367 (CBA)(RER)

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, as represented below, that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed with prejudice, and without costs, fees, or disbursements, and that this stipulation may be filed without further notice to any person or party.

Dated:      New York, New York
              January 9, 2009

**TERESA P. DARBY**
Plaintiff Pro-Se
315 6th Street, 3rd Floor
Brooklyn, New York 11215
(347) 628-8754
nyla92482@aol.com

**MICHAEL A. CARDOZO**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-170
New York, New York 10007-2601
(212) 788-6838
jcapell@law.nyc.gov

By: _____
            Teresa P. Darby

By: _____
            Jesse D. Capell
            Assistant Corporation Counsel

07 Civ. 4367 (CBA)(RER)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TERESA P. DARBY,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

**STIPULATION OF DISMISSAL**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-170
New York, N.Y. 10007-2601

Of Counsel:   Jesse D. Capell
Tel:          (212) 788-6838

Matter No.: 2008-001060

*Due and timely service is hereby admitted.*

*Dated*: New York, N.Y. ......................................., 2008

Signed: .........................................

Attorney for ..................................